AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

**APPEARANCE**

Case Number: 07 MAG 1310

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MANAURE TAVAREZ

I certify that I am admitted to practice in this court.

| 8/10/2007 | | |
|---|---|---|
| Date | Signature | |
| | PAUL S. BRENNER | 1488527 |
| | Print Name | Bar Number |
| | 401 BROADWAY STE 306 | |
| | Address | |
| | NEW YORK        NY | 10013 |
| | City        State | Zip Code |
| | (212) 431-4880 | (212) 966-0588 |
| | Phone Number | Fax Number |